FIRST NATIONAL BANK OF TRENTON v. GAY *et al., Appellants.*

**Obligation for payment of Money and Attorney's Fee for Collection:** TRANSFERRER'S LIABILITY. An obligation for the payment of money which contains a stipulation that, if not paid at maturity and the same is placed in the hands of an attorney for collection, the makers shall pay an additional sum of ten per cent as an attorney's fee, is not a promissory note. A transferrer of such an instrument is to be treated as but an assignor, not an indorser; he is not jointly liable with the maker, and no joint action can be maintained against them.

*Appeal from Grundy Circuit Court.*—HON. G. D. BURGESS, Judge.

REVERSED.

*Shanklin, Low & McDougal* for appellants.

HOUGH, J.—This was an action against Nathan Gillilan and Samuel Gay as makers, and Robert L. Gillilan as indorser, of the following instrument in writing:

$650.    TRENTON, Mo., May 13, 1874.

Ninety days after date we promise to pay to the order

of Robert L. Gillilan $650, for value received, with interest after maturity at the rate of ten per cent per annum, at the First National Bank of Trenton, Mo., and if not paid at maturity, and the same is placed in the hands of an attorney for collection, we agree and promise to pay an additional sum of ten per cent as an attorney's fee.

NATHAN GILLILAN.

SAMUEL GAY.

This instrument was indorsed as follows: For value received, I assign the within note to First National Bank of Trenton, Mo., and waive protest, notice of protest and demand of payment.        ROBERT L. GILLILAN.

The plaintiff recovered judgment against all of the defendants, and they have appealed to this court.

.The instrument sued on is not a promissory note. *First. Nat. Bank v. Gay*, 63 Mo. 33; *Samstag v. Conley*, 64 Mo. 476; *Woods v. North*, 84 Pa. St. 407. Not being a negotiable instrument, Robert L. Gillilan, the assignor, was not jointly liable with the makers. *Samstag v. Conley*, 64 Mo. 476.

For a discussion of the other questions involved in this case, we refer to the decision of this court in the case of *The National Bank of Trenton v. Robert L. Gillilan*, decided at the present term. The judgment will be reversed and the cause remanded. The other judges concur.